IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNIE KAY SNEED,<br><br>Plaintiff,<br><br>v.<br><br>S. PEERY, WARDEN, et al.,<br><br>Defendants. | No. C 15-01468 BLF (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state prisoner, filed a *pro se* civil rights action pursuant to 42 U.S.C. § 1983 against prison officials at High Desert State Prison, in Susanville, California. (Docket No. 4.) The acts complained of occurred at High Desert State Prison, which is located in Lassen County, which lies within the venue of the Eastern District of California. *See* 28 U.S.C. § 84(b). (Docket No. 4 at 3.) Accordingly, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is therefore **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. § 1406(a).

The Clerk shall terminate all pending motions and transfer the entire file to the Eastern District of California.

**IT IS SO ORDERED.**

DATED: April 28, 2015

BETH LABSON FREEMAN
United States District Judge

Order of Transfer
P:\PRO-SE\BLF\CR.15\01468Sneed_transfer(ED).wpd